### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GEORGE L. GUSHINIERE, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 07-0464-CG-C |
| | ) |
| SHERIFF JACK TILLMAN, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

This matter is before the court on the defendant's motion to dismiss plaintiff's claims on the basis that such claims are barred by the applicable statute of limitations (Doc. 53). The plaintiff filed a response on November 6, 2008 (Doc. 58) advising that he does not oppose the motion. Therefore, the defendant's motion to dismiss is **GRANTED**. It, therefore, is **ORDERED, ADJUDGED,** and **DECREED** that all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear his own costs.

    **DONE and ORDERED** this 29th day of January, 2009.

                                                  /s/ Callie V. S. Granade
                                                CHIEF UNITED STATES DISTRICT JUDGE